# UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

## RENO DIVISION

| | | |
|---|---|---|
| RYAN FITZGERALD, | ) | **Case No.:** 3:11-cv-00195-LRH-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| TURNING POINT CAPITAL, INC., | ) | |
| Defendant. | ) | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: this 6th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE